FILED
FEB - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIRST NEW YORK SECURITIES, L.L.C., 850 Third Avenue, New York, New York 10022, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY B. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONOHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN and J. BARRON ANSCHUTZ,<br><br>Defendants. | **Civil Action No.**<br><br>CASE NUMBER 1:07CV00294<br>JUDGE: Reggie B. Walton<br>DECK TYPE: General Civil<br>DATE STAMP: 02/08/2007 |

**LOCAL CIVIL RULE 7.1 CERTIFICATION**

I, the undersigned, counsel of record for First New York Securities, L.L.C., certify that to the best of my knowledge and belief, First New York Securities, L.L.C. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

By: _____
Donald J. Enright (DC Bar # 463007)
**Finkelstein Thompson LLP**
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Counsel of Record for
First New York Securities, L.L.C.

3