UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIRST NEW YORK SECURITIES, )
L.L.C., Individually and On Behalf )
Of All Others Similarly Situated, )
                                         )
                    Plaintiff, )
                                         )          Civil Action No. 1:07CV00294
v. )          Hon. Reggie B. Walton
                                         )
SUNRISE SENIOR LIVING, INC., et al., )
                                         )
                    Defendants. )
_____)

## CONSENT MOTION TO EXTEND TIME TO
## ANSWER, MOVE, OR OTHERWISE RESPOND

Defendants Sunrise Senior Living, Inc., Paul Klassen, Teresa Klassen, Thomas Newell, Bradley Rush, Ronald Aprahamian, J. Douglas Holladay, Thomas Donohue, William Little, Craig Callen, and J. Barron Anschutz, through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b), for an Order extending their time to answer, move, or otherwise respond to the Complaint in the above action until after a lead plaintiff has been designated and lead counsel appointed by the Court and a consolidated amended complaint is filed. Defendants are authorized to represent that Plaintiff has consented to the granting of this motion.

This action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78-4, *et. seq.* Accordingly, under the PSLRA, the Court must appoint a lead plaintiff and lead counsel for the

alleged class. Upon being appointed by the Court, lead plaintiff will file a consolidated amended complaint that will supersede the present complaint and any other similarly filed complaints. The parties agree that it is in the interest of judicial economy that any response from Defendants await the filing of the consolidated amended complaint, which will ultimately be the active complaint in this action. An identical consent motion was submitted on February 23, 2007, in a related case, *United Food and Commercial Workers Union 880, et al. v. Sunrise Senior Living, Inc., et al.*, No. 1:07CV00102, that is also pending before this Court.

Respectfully submitted,

HOGAN & HARTSON LLP

By: /s/ Joseph M. Hassett
Joseph M. Hassett
(DC Bar No. 123935)
George H. Mernick, III
(DC Bar No. 294256)
555 13th Street, N.W.
Washington, DC 20004
(202) 637-5600

HOGAN & HARTSON LLP
N. Thomas Connally, III
Jon M. Talotta
8300 Greensboro Drive
Suite 1100
McLean, VA 22102
(703) 610-6100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIRST NEW YORK SECURITIES, )
L.L.C., Individually and On Behalf )
Of All Others Similarly Situated, )
                                  )
            Plaintiff,            )
                                  )   Civil Action No. 1:07CV00294
       v.                         )   Hon. Reggie B. Walton
                                  )
SUNRISE SENIOR LIVING, INC., et al., )
                                  )
            Defendants.           )
_____)

# [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint in the above action,

IT IS HEREBY ORDERED BY THE COURT that Defendants' time to answer, move against, or otherwise respond to the Complaint in the above action shall be extended through and including the sixtieth (60th) day after the later of (a) the Court appointing a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) or (b) such lead plaintiff's service of its Amended and Consolidated Complaint on Defendants' undersigned counsel or such other time as may be agreed by the parties and so ordered by the Court.

2

**SO ORDERED** this ___ day of _____, 2007.

_____
Reggie B. Walton
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Consent Motion to Extend Time to Answer, Move, or Otherwise Respond were mailed, postage prepaid, this **9th** day of **March**, 2007, to:

FINKELSTEIN THOMPSON LLP
Donald J. Enright (DC Bar #463001)
Stan M. Doerrer (DC Bar #502496)
The Duvall Foundry
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090


ENTWISTLE & CAPPUCCI LLP
Vincent R. Cappucci
Shannon L. Hopkins
Laura J. Moore
280 Park Avenue, 26th Floor West
New York, NY 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorneys for Plaintiff*

_____
George H. Mernick, III