UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880—RETAIL FOOD EMPLOYERS JOINT PENSION FUND, and UNITED FOOD AND COMMERCIAL WORKERS UNION – EMPLOYER PENSION FUND, <br><br> Individually and On Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br><br> v. <br><br> SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M.. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ, <br><br>          Defendants. | Case No. 07CV00102 (RBW) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> DEMAND FOR JURY TRIAL |

[Caption continued on following page]

## NOTICE OF APPEARANCE

| | |
|---|---|
| FIRST NEW YORK SECURITIES LLC,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>           v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M.. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>           Defendants. | Case No. 07CV00294 (RBW)<br><br><br><br><u>DEMAND FOR JURY TRIAL</u> |

PLEASE TAKE NOTICE that the undersigned hereby appear for and on behalf of Lead Plaintiff movants the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the Oklahoma Firefighters Pension and Retirement System in these actions and request that copies of all papers in the action be served upon them at the addresses below.

Dated: March 19, 2007

Respectfully submitted,

/s/ Daniel S. Sommers
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*Liaison Counsel for the Oklahoma Firefighters Pension and Retirement System and the City of Miami General Employees' & Sanitation Employees' Retirement Trust and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust and Proposed Co-Lead Counsel for the Class*

**BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperante Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
*Counsel for the Oklahoma Firefighters
Pension and Retirement System and
Proposed Co-Lead Counsel for the Class*

**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of Miami
General Employees' & Sanitation
Employees' Retirement Trust*