UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880—RETAIL FOOD EMPLOYERS JOINT PENSION FUND, and UNITED FOOD AND COMMERCIAL WORKERS UNION – EMPLOYER PENSION FUND,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M.. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br><br>                Defendants. | Case No. 07CV00102 (RBW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

[Caption continued on following page]

**STIPULATION AND [PROPOSED] ORDER RE: APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF COUNSEL, CONSOLIDATION OF RELATED CASES AND FURTHER ORGANIZATION OF THE CASE**

| | |
|---|---|
| FIRST NEW YORK SECURITIES LLC,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M.. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>      Defendants. | Case No. 07CV00294 (RBW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

Movants the City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust") and the Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") (collectively, the "Public Retirement Systems") and Defendants, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, as follows, concerning the appointment of Lead Plaintiffs, approval of Lead and Liaison Counsel, consolidation of related actions, and scheduling of the filing of a Consolidated Amended Complaint and briefing thereon.

## RECITALS

WHEREAS, on January 16, 2007, Plaintiffs United Food and Commercial Workers Union Local 880—Retail Food Employers Joint Pension Fund, and United Food and Commercial Workers Union – Employer Pension Fund, filed a federal securities class action against Sunrise Senior Living, Inc. ("Sunrise" or the "Company"), Paul J. Klaassen, Thomas B. Newell, Bradley R. Rush, Ronald V. Aprahamian, J. Douglas Holladay, Thomas J. Donahue, William G. Little, Teresa M.. Klaassen, Craig R. Callen, and J. Barron Anschutz, Case No. 07-cv-00102-RBW;

WHEREAS, on February 8, 2007, Plaintiff First New York Securities LLC, filed a federal securities class action against the Company, Paul J. Klaassen, Thomas B. Newell, Bradley R. Rush, Ronald V. Aprahamian, J. Douglas Holladay, Thomas J. Donahue, William G. Little, Teresa M.. Klaassen, Craig R. Callen, and J. Barron Anschutz, Case No. 07-cv-00294-RBW;

WHEREAS, the claims in these actions arise under the provisions Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78-4, *et. seq*;

WHEREAS, these actions present virtually identical factual and legal issues, as they arise out of the same alleged circumstances regarding the Company's violations of the federal securities laws, and there is no opposition to the consolidation of these actions pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, on March 19, 2007, the Public Retirement Systems moved (1) for appointment as Lead Plaintiffs; (2) approval of their selection of the law firms of Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio Pease Tabacco Burt & Pucillo as Co-Lead Counsel and for the Class and Cohen, Milstein, Hausfeld & Toll P.L.L.C. as Liaison Counsel for the Class, and (3) for consolidation of all related securities class actions pursuant to Fed. R. Civ. P. 42(a), including Case Nos. 07-cv-00143-RBW and 07-cv-00102-RBW, set forth above. (Dkt. No. 20);

WHEREAS, on March 19, 2007, only one competing motion for appointment as Lead Plaintiff was filed by a group comprised of the United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund and United Food and Commercial Workers Union – Employer Pension Fund's Motion Appointment (collectively, the "United Food Funds"). (Dkt. No. 17);

WHEREAS, on April 2, 2007, the United Food Funds filed a brief in which they conceded that, based upon their review of the Public Retirement Systems' motion, the Public Retirement Systems had the largest financial interest in this Action. (Dkt. No. 24);

WHEREAS, Defendants take no position with respect to the appointment of Lead Plaintiffs or Lead and Liaison Counsel;

WHEREAS, Sunrise has disclosed in Securities and Exchange Commission filings that the Company will restate its financial statements for the years ended December 31, 2003, 2004 and 2005 (the "Restatement");

WHEREAS, upon appointment, Lead Plaintiffs intend to file a Consolidated Amended Complaint, and Defendants may file motion(s) pursuant to Federal Rule of Civil Procedure 12 or otherwise respond to the Consolidated Amended Complaint;

WHEREAS, the Public Retirement Systems and Defendants have conferred and agree that in the interests of justice and to conserve judicial resources, Lead Plaintiffs should be permitted to file their Consolidated Amended Complaint a reasonable period of time after the Company files its Restatement with the SEC.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Public Retirement Systems and by Sunrise on behalf of all Defendants, through their respective counsel of record, as follows:

1. Miami Retirement Trust and the Oklahoma Firefighters shall be appointed to serve as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 3 below.

2. The Public Retirement Systems' selection of counsel shall be approved, and Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio Pease Tabacco Burt & Pucillo shall be appointed Co-Lead Counsel for the Class and Cohen, Milstein, Hausfeld & Toll, P.L.L.C. appointed as Liaison Counsel for the Class.

-4-

3. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any subsequently filed or transferred actions on behalf of purchasers of securities of Sunrise Senior Living, Inc., related to the claims asserted in these actions, shall be consolidated for all purposes. This action shall be captioned "*In re Sunrise Senior Living, Inc. Securities Litigation*," and the file shall be maintained under Case No. 07-CV-00102-RBW.

4. Lead Plaintiffs shall file and serve a Consolidated Amended Complaint no later than 45 days after the Company files its Restatement with the Securities and Exchange Commission.

5. Defendants shall file and serve responsive pleading(s) or motion(s) no later than 45 days after the filing of the Consolidated Amended Complaint.

6. Lead Plaintiffs shall file and serve opposition brief(s) no later than 45 days after the filing of Defendants' motion(s).

7. Defendants shall file and serve reply brief(s) no later than 30 days after the filing of Lead Plaintiffs opposition brief(s).

**IT IS SO ORDERED.**

**DATED**: _____        _____
                                 **REGGIE B. WALTON**
                                 **UNITED STATES DISTRICT JUDGE**

Dated: June 8, 2007

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

/s/ Daniel S. Sommers
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
J. Erik Sandstedt
Laura H. Gundersheim
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Proposed Co-Lead Counsel for the Class*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperanté Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
*Proposed Co-Lead Counsel for the Class*

**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

Respectfully submitted,

**HOGAN & HARTSON, LLP**

/s/ George H. Mernick, III
George H. Mernick, III, D.C. Bar #294256
555 Thirteenth Street, N.W.
Washington, D.C., 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

**HOGAN & HARTSON, LLP**
N. Thomas Connally, D.C. Bar # 448355
Jon M. Talotta, D.C. Bar #473626
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200

*Counsel for Defendant Sunrise Senior Living, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing, Stipulation and [Proposed] Order Re: Appointment of Lead Plaintiffs, Approval of Counsel, Consolidation of Related Cases and Further Organization of the Case, was served this 8th day of June, 2007, in accordance with the Court's CM/ECF Guidelines, and via first-class mail, postage prepaid, on:

>Steven J. Toll, D.C. Bar #225623
>Daniel S. Sommers, D.C. Bar #416549
>Elizabeth S. Finberg, D.C. Bar #468555
>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
>1100 New York Ave., N.W.
>West Tower, Suite 500
>Washington, D.C.  20005-3964
>Telephone:  (202) 408-4600
>Facsimile: (202) 408-4699
>*Proposed Liaison Counsel for the Class*
>
>J. Erik Sandstedt
>Laura H. Gundersheim
>BERNSTEIN LITOWITZ BERGER
>& GROSSMANN LLP
>1285 Avenue of the Americas, 38th Fl.
>New York, NY 10019
>Telephone: (212) 554-1400
>Facsimile: (212) 554-1444
>*Proposed Co-Lead Counsel for the Class*
>
>Michael J. Pucillo
>Jay W. Eng
>BERMAN DEVALERIO PEASE TABACCO BURT &
>PUCILLO
>Esperanté Building
>222 Lakeview Avenue, Suite 900
>West Palm Beach, FL 33401
>Telephone: (561) 835-9400
>Facsimile: (561) 835-0322
>*Proposed Co-Lead Counsel for the Class*

Robert D. Klausner
KLAUSNER & KAUFMAN, PA
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of
Miami General Employees' & Sanitation Employees'
Retirement Trust*

Donald J. Enright
FINKLESTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Fax: (202) 337-8090
*Counsel for First New York Securities, L.L.C.*

Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Fax: (202) 789-1813
*Counsel for United Food and Commercial Workers Union
Local 880 – Retail Food Employers' Joint Pension Fund,
and United Food and Commercial Workers Union
Employer Pension Fund*

Jeffrey M. King
John M. Dowd
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
Telephone: (202) 887-4347
Telephone: (202) 887-4386
Fax: (202) 833-2292
*Counsel for Defendant Bradley Rush*

                                                            /s/ Jon M. Talotta
                                                            Jon M. Talotta
                                                            jmtalotta@hhlaw.com