## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880, et al.** ) ) ) | | |
| Individually and on Behalf of All Others Similarly Situated ) ) ) | | |
| Plaintiffs, ) ) | Case No. 07-CV-00102 | |
| -vs- ) ) | Judge Reggie B. Walton | |
| **SUNRISE SENIOR LIVING, INC., et al.** ) ) | | |
| Defendants. ) ———————————————— ) ) | | |
| **FIRST NEW YORK SECURITIES, LLC** ) ) | | |
| Individually and on Behalf of All Others Similarly Situated ) ) ) | | |
| Plaintiffs, ) ) | Case No. 07-CV-00294 | |
| -vs- ) ) | Judge Reggie B. Walton | |
| **SUNRISE SENIOR LIVING, INC., et al.** ) ) | | |
| Defendants. ) | | |

### DEFENDANT BRADLEY B. RUSH'S NOTICE OF NO OBJECTION TO THE PARTIES' STIPULATION AND [PROPOSED] ORDER RE: APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF COUNSEL, CONSOLIDATION OF RELATED CASES AND FURTHER ORGANIZATION OF THE CASE

Defendant Bradley B. Rush, through undersigned counsel, respectfully notifies the Court and all parties that he has no objection the substance of the parties' June 8, 2007 Stipulation and [Proposed] Order Re: Appointment of Lead Plaintiffs, Approval of Counsel, Consolidation of Related Cases and Further Organization of the Case ("Stipulation").

1

Mr. Rush does object, however, to the fact that Defendant Sunrise Senior Living, Inc. and its counsel, George H. Mernick, have purported to enter into a stipulation "on behalf of all defendants." Undersigned counsel represent Mr. Rush in this matter and previously entered notices of appearance in this case on Mr. Rush's behalf. Sunrise and its counsel do not represent Mr. Rush and are not authorized to make representations or enter into stipulations on Mr. Rush's behalf.

Nevertheless, Mr. Rush has no objection to the substance of the parties' Stipulation. As Mr. Rush's counsel of record, undersigned counsel respectfully request that they be consulted before Sunrise makes further representations or stipulations "on behalf of all defendants."

June 13, 2007

Respectfully submitted,

/s/ John M. Dowd
John M. Dowd (D.C. Bar No. 003525)
Jeffrey M. King (D.C. Bar No. 461644)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Ave. NW
Washington, DC 20036

Counsel for Defendant Bradley Rush

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served this 13T[h] day of June, 2007, in accordance with the CM/ECF Guidelines, and via first-class mail, postage prepaid, on:

Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*Proposed Liaison Counsel for the Class*

J. Erik Sandstedt
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Proposed Co-Lead Counsel for the Class*

Michael J. Pucillo
Jay W. Eng
BERMAN DEVALERIO PEASE TABACCO BURT &
PUCILLO
Esperanté Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
*Proposed Co-Lead Counsel for the Class*

Robert D. Klausner
KLAUSNER & KAUFMAN, PA
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of
Miami General Employees' & Sanitation Employees'
Retirement Trust*

Donald J. Enright
FINKLESTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Fax: (202) 337-8090
*Counsel for First New York Securities, L.L.C.*

Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Fax: (202) 789-1813
*Counsel for United Food and Commercial Workers Union
Local 880 – Retail Food Employers' Joint Pension Fund,
and United Food and Commercial Workers Union
Employer Pension Fund*

George H. Mernic, III
N. Thomas Connally
HOGAN & HARTSON, LLP
555 Thirteenth Street, N.W.
Washington, D.C., 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

/s/ James E. Sherry