A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FIRST NEW YORK SECURITIES,
L.L.C.
               Plaintiff(s)  )

)  **APPEARANCE**

)
)
              vs.  )  CASE NUMBER    1:07-cv-00294-RBW
SUNRISE SENIOR LIVING, INC., ET AL  )

)
          Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Jon M. Talotta       as counsel in this
                               (Attorney's Name)

case for:  Sunrise Senior Living, Inc.
                     (Name of party or parties)

June 14, 2007
                                  /s/ Jon M. Talotta
Date                                     Signature

                                     Jon M. Talotta
473626
                                     Print Name
BAR IDENTIFICATION

                                     Hogan & Hartson LLP - 8300 Greensboro Drive
                                     Address

                                     McLean, VA 22102
                                     City         State         Zip Code

                                     703-610-6100
                                     Phone Number