AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FIRST NEW YORK SECURITIES, L.L.C. )
      Plaintiff(s) )
                            )
                            )
      vs. )
SUNRISE SENIOR LIVING, INC., ET AL )
                            )
      Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:07-cv-00294-RBW

To the Clerk of this court and all parties of record:

Please enter the appearance of   N. Thomas Connally   as counsel in this
                                 (Attorney's Name)

case for:   Sunrise Senior Living, Inc.
                (Name of party or parties)

| | |
|---|---|
| June 14, 2007 | /s/ N. Thomas Connally |
| Date | Signature |
| | N. Thomas Connally |
| 448355 | Print Name |
| BAR IDENTIFICATION | Hogan & Hartson LLP - 8300 Greensboro Drive |
| | Address |
| | McLean, VA 22102 |
| | City  State  Zip Code |
| | 703-610-6100 |
| | Phone Number |