UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 07CV00102 (RBW) |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the Oklahoma Firefighters Pension and Retirement System (collectively, the "Public Retirement Systems") and Defendants, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, as follows, concerning the schedule for defendants to answer or otherwise respond to Plaintiffs' Consolidated Amended Complaint, and for the briefing on any motions to dismiss.

**RECITALS**

WHEREAS, on June 6, 2008, Lead Plaintiffs filed their Consolidated Amended Complaint (the "Complaint") in this action;

WHEREAS, Defendants' deadline for answering or otherwise responding to the Complaint under the existing schedule is July 21, 2008; and

WHEREAS, Lead Plaintiffs' counsel and Defendants' counsel have consulted and agreed to a proposed amendment of the current schedule for the filing of Defendants' response to the Complaint, and for the briefing of any motions to dismiss that may be filed with respect to the Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Defendants shall file and serve either their answers to the Complaint or their motions to dismiss the Complaint (together with any supporting papers) no later than August 11, 2008.

2. In the event that any Defendant files a motion to dismiss, Lead Plaintiffs shall file and serve their brief in opposition to any such motion no later than October 3, 2008.

3. Defendants shall file and serve their reply briefs in support of any motion to dismiss no later than October 31, 2008.

**IT IS SO ORDERED.**

DATED: _____          _____
                                REGGIE B. WALTON
                                UNITED STATES DISTRICT JUDGE

Dated: July 14, 2008

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

/s/ Daniel S. Sommers
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
William C. Fredericks
Laura Gundersheim
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Co-Lead Counsel for the Class*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperante Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
*Co-Lead Counsel for the Class*

**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

Respectfully submitted,

**HOGAN & HARTSON, LLP**

/s/ George H. Mernick, III
Joseph M. Hassett, D.C. Bar #123935
George H. Mernick, III, D.C. Bar #294256
555 Thirteenth Street, N.W.
Washington, D.C., 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

**HOGAN & HARTSON, LLP**
N. Thomas Connally, D.C. Bar # 448355
Jon M. Talotta, D.C. Bar #473626
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200

*Counsel for Defendants*