UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Case No. 07CV00102 (RBW) |

**SUNRISE SENIOR LIVING, INC.'S
MOTION TO ENFORCE STATUTORY STAY OF DISCOVERY
AND QUASH THIRD-PARTY SUBPOENA ISSUED BY LEAD PLAINTIFFS**

COMES NOW, defendant Sunrise Senior Living, Inc. ("Sunrise"), by counsel, respectfully moves this Court for an order enforcing the statutory stay of discovery and quashing the subpoena *duces tecum* that Lead Plaintiffs have prematurely served on a third-party, and in support of its motion states the following:

On July 23, 2007, only days after the Court approved a joint scheduling order under which the defendants are to file their motion to dismiss the complaint in this action by no later than August 11, Lead Plaintiffs purported to commence discovery by serving a document subpoena on a third party (a former Sunrise officer). The Private Securities Litigation Reform Act of 1995 (as amended, "PSLRA") imposes an automatic stay of *all* discovery in securities class actions until after the Court has determined that the plaintiff's complaint is legally sufficient -- i.e., until after there has been a ruling denying any motion to dismiss. Each of Lead

Plaintiffs' purported justifications for their premature initiation of discovery is wrong, the automatic stay is fully applicable now, and the subpoena accordingly should be quashed. 1/

WHEREFORE, for these reasons, and as set forth in more detail in the accompanying memorandum, Sunrise respectfully requests that the Court issue an order enforcing the PSLRA automatic stay of discovery, and quashing Lead Plaintiffs' third-party subpoena.

Respectfully submitted,

Dated: August 1, 2008     **HOGAN & HARTSON, LLP**

       /s/ Jon M. Talotta
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5726
Facsimile: (202) 637-5910
E-mail: ghmernick@hhlaw.com

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
E-mail: ntconnally@hhlaw.com
E-mail: jmtalotta@hhlaw.com

*Attorneys for Sunrise Senior Living, Inc.*

---

1/     When Sunrise's counsel advised plaintiffs' counsel that the instant motion would be filed, plaintiffs' counsel agreed to, and did, notify counsel for the subpoenaed individual that any response to the subpoena could be held in abeyance until after the Court resolves this motion.

2

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed via U.S. Mail, postage prepaid, a copy of the foregoing to:

Steven J. Toll
Daniel S. Sommers
Elizabeth S. Finberg
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964
*Liaison Counsel for the Class*


William C. Fredericks
Laura Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
*Co-Lead Counsel for the Class*


Michael J. Pucillo
Jay W. Eng
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
Esperante Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
*Co-Lead Counsel for the Class*


Robert D. Klausner
KLAUSNER & KAUFMAN, PA
10059 N.W. 1st Court
Plantation, FL 33324
*Additional Counsel for the City of Miami
General Employees' & Sanitation Employees'
Retirement Trust*

John C. Millian
Matthew R. Estabrook
Elise Kochtitzky-Jacques
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

       /s/ Jon M. Talotta
Jon M. Talotta
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
E-mail: jmtalotta@hhlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 07CV00102 (RBW) |

[PROPOSED]
**O R D E R**

       This matter comes before the Court on defendant Sunrise Senior Living, Inc.'s August 1, 2008 Motion to Enforce Statutory Stay of Discovery and Quash Third-Party Subpoena Issued by Lead Plaintiffs. Upon consideration of Sunrise's motion, its memorandum in support thereof, Lead Plaintiffs' opposition thereto, and the entire record herein, it is

       ORDERED that Sunrise's motion is GRANTED; and it is further

       ORDERED that, pursuant to the PSLRA's automatic stay provision, all discovery shall be and hereby is STAYED pending resolution of the defendants' motion to dismiss in this case; and it is further

       ORDERED that the third-party subpoena issued by Lead Plaintiffs shall be and hereby is QUASHED.

Entered this ___ day of _____, 2008.

                                                                               Hon. Reggie B. Walton